**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RODRIC COHNS**                                                      **PLAINTIFF**

V.                     **CASE NO: 5:12CV00324 BSM**

**MARIE AUSTIN et al.**                                        **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motions to dismiss [Doc. Nos. 14, 20] are granted, and plaintiff's complaint is dismissed with prejudice.

2. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of February 2013.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE